INTELLECTUAL VENTURES I LLC, Intellectual Ventures II LLC, Plaintiffs-Appellants

v.

FTD COMPANIES, INC., Florists' Transworld Delivery, Inc., FTD.COM Inc., Defendants-Appellees

Intellectual Ventures I LLC, In-tellectual Ventures II LLC, Plaintiffs-Appellants

v.

J.Crew Group, Inc., Defendant-Appellee

2017-1376, 2017-1377

United States Court of Appeals, Federal Circuit.

November 20, 2017

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for plain-tiffs-appellants. Also represented by DER-EK TOD GILLILAND, Daingerfield, TX.

· DAVID SWETNAM-BURLAND, Brann & Isaacson, Lewiston, ME, argued for all defendants-appellees. Defendant-appellee J.Crew Group, Inc. also represented by PETER J. BRANN, STACY O. STITHAM.

HOLLY HAWKINS SAPORITO, Alson & Bird LLP, Atlanta, GA, for defendants-appel-lees FTD Companies, Inc., Florists' Trans-world Delivery, Inc., FTD.COM, Inc. Also represented by BRADY COX, MICHAEL J. NEWTON, Dallas, TX.

(Newman, Dyk, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**